**FILED**

JAN 0 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>2005 Gold Nissan 4 door sedan with a sun roof, California license plate 7GOS313, VIN 1N4AL11D35N437204 | CASE NO. 2:14-SW-0491 EFB<br><br>[~~PROPOSED~~] ORDER UNSEALING APPLICATION AND SEARCH WARRANT |

The government's request to unseal the application and search warrant in the above case is **GRANTED.**

**SO ORDERED.**

DATED: 1/8/15

_____
HON. DALE A. DROZD
U.S. Magistrate Judge